## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEW MEXICO

**RUDY CHAVEZ,**

      **Plaintiff,**

**v.**                                **No. CV 17-00177 RB/LAM**

**TIMOTHY HATCH, et al.,**

      **Defendants.**

### ORDER TO CURE DEFICIENCY

Plaintiff has submitted a civil rights complaint [*Doc. 1*] on February 2, 2017.  The Court determines that Plaintiff's submission is deficient because Plaintiff has not paid the $400.00 filing fee or filed an Application to Proceed in District Court Without Prepaying Fees or Costs. Plaintiff must cure this deficiency **within thirty (30) days from entry of this Order by** *either* paying the full $400.00 civil filing fee *or* submitting an Application to Proceed in District Court Without Prepaying Fees or Costs including a certified copy of Plaintiff's inmate account statement for the 6-month period immediately preceding this filing.  *See* 28 U.S.C. § 1915(a)(2). Failure to cure the designated deficiency **within thirty (30) days from entry of this Order** may result in **dismissal** of this action without further notice.

      **IT IS THEREFORE ORDERED** that, **within thirty (30) days of entry of this Order**, Plaintiff ***either*** pay the full $400.00 civil filing fee ***or*** submit an Application to Proceed in District Court Without Prepaying Fees or Costs that includes a certified copy of Plaintiff's inmate account statement for the 6-month period immediately preceding this filing; and the Clerk

is directed to mail to Plaintiff a copy of this order and 2 copies of an Application to Proceed in

District Court Without Prepaying Fees or Costs with instructions.

   **IT IS SO ORDERED.**

**UNITED STATES MAGISTRATE JUDGE**
**LOURDES A. MARTÍNEZ**