IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**RUDY FERNANDO CHAVEZ JUNIOR,**

    **Plaintiff,**

v.                              No. CV 17-0177 RB/LAM

**TIMOTHY HATCH, et al.,**

    **Defendants.**

**ORDER GRANTING LEAVE TO PROCEED
PURSUANT TO 28 U.S.C. § 1915(b),
AND TO MAKE PAYMENTS OR SHOW CAUSE**

**THIS MATTER** is before the Court on Plaintiff's Motions for Leave to Proceed Pursuant to 28 U.S.C. § 1915, filed by Plaintiff Rudy Fernando Chavez Junior on February 27, 2017 (*Doc. 6*), March 2, 2017 (*Doc. 7*), and March 9, 2017 (*Doc. 8*). Because the Court grants the applications, the filing fee for this civil rights complaint is **$350.00**. Pursuant to § 1915(b)(1), Plaintiff is required to make installment payments until the full amount of the filing fee is paid. Based on analysis under § 1915(b)(1) of Plaintiff's six-month inmate account statement (*Doc. 3* at 3-4), the Court finds that Plaintiff owes an initial partial payment of **$13.45**. If Plaintiff fails to make a payment by the designated deadline or show cause why such payments should be excused, the civil rights complaint **may be dismissed without prejudice without further notice**.

**IT IS THEREFORE ORDERED** that Plaintiff's Motions for Leave to Proceed Pursuant to 28 U.S.C. § 1915 [*Doc. 6*], [*Doc. 7*], and [*Doc. 8*] are **GRANTED**;

**IT IS FURTHER ORDERED** that, **within thirty (30) days of entry of this Order**, Plaintiff send to the Clerk an initial partial payment of **$13.45** or show cause why payment should be excused;

**IT IS FURTHER ORDERED** that the Clerk is directed to provide Plaintiff with two copies of this Order, and that Plaintiff make the necessary arrangements to attach one copy of this Order to the check in the **$13.45** amount of the initial partial payment;

**IT IS FINALLY ORDERED** that, after payment of the $13.45 initial partial fee, Plaintiff make monthly payments of twenty per cent (20%) of the preceding month's income credited to his account or show cause why the designated payments should be excused.

**IT IS SO ORDERED.**

_____
**LOURDES A. MARTÍNEZ**
**UNITED STATES MAGISTRATE JUDGE**